IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00174-MSK-BNB

LINDA JOYCE HOLBERT,

Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
FIRST TRANSIT, INC., and
JOHN DOE,

Defendants.

_____

**ORDER**
_____

This matter arises on the following motions (the "Motions") filed by the plaintiff:

1. **Motion Requesting a Judgement by Default Be Entered Against the City of Colorado Springs, Defendant** [Doc. #20];

2. **Motion Requesting an Extension of Time to Respond to Minute Order** [Doc. #21]; and

3. **Motion Requesting Extension of Time to Respond to City Defendant's Motion to Dismiss** [Doc. #22].

The Motions are STRICKEN.

The plaintiff certifies that she "hand carried" the Motions to this court, but she does not certify that she served a copy of the Motions on counsel for the defendants. Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the

original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

In addition, Documents #21 and #22 are redundant. Both request an extension of time to respond to the defendant's motion to dismiss. Redundant motions are a waste of the court's time and resources.

IT IS ORDERED:

1. The Motions are STRICKEN; and

2. The plaintiff shall cease filing redundant motions.

Dated June 14, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge