IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00174-MSK-BNB

LINDA JOYCE HOLBERT,

Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
FIRST TRANSIT, INC., and
JOHNDOE,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Compel . . .** [docket no. 107, filed August 22, 2012] (the "Motion").

IT IS ORDERED that in light of Judge Krieger's Opinion and Order Granting Motion to Dismiss [104], entered on August 17, 2012, this motion is DENIED AS MOOT.

DATED: August 24, 2012